IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY SHIVELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-2210-SMY-RJD |
| | ) |
| CLARKSON EYECARE, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** having been advised by the parties that all claims in this matter have been settled or otherwise resolved Plaintiff's claims against the Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** November 19, 2019

**MARGARET M. ROBERTIE, Clerk of Court**

**By: s/ Stacie Hurst, Deputy Clerk**

Approved:

*Staci M. Yandle*

**STACI M. YANDLE**
**United States District Judge**